USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/12

1955 Empress Court
Naples, Florida 34110

August 1, 2012



**BY REGULAR MAIL AND E-MAIL**

Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
Room 2210
New York, New York  10007

    Re:    *United States v. Daugerdas, et al.,* No. S3 09 Cr. 581 (WHP)

Dear Judge Pauley:

    This letter is in response to the June 21, 2012, and July 31, 2012, letters submitted to the Court by my lawyers at Kostelanetz & Fink, LLP.  As you know, through those letters, Kostelanetz & Fink has asked to be relieved as my counsel because of the financial burdens this case has imposed on the firm, and because I lack the means to pay the fees already incurred, as well as the fees that will be incurred in connection with a re-trial.

    I have given this matter substantial thought over the past several weeks, and I have decided that I cannot in good conscience oppose the firm's request to be relieved as my counsel. The firm has provided me with its best efforts over the past several years in connection with pre-trial matters, as well as for the entire three-month trial.  I was hopeful that I would obtain a favorable result in my arbitration with BDO Seidman, which would have enabled me to pay my attorneys in full, as well as pay them for the re-trial.  Because of the July 17, 2012 adverse decision, that is not possible.

    I am obviously very concerned at the prospect of bringing new counsel into a case of this magnitude and complexity at this stage of the proceedings.  That will impose massive burdens on new counsel and on me.  Any new counsel, no matter how competent and capable, will lack the

background in the case possessed by my current lawyers. However, I think opposing Kostelanetz & Fink's request to withdraw from this case would, under these circumstances, be unfair and inappropriate. I decline to oppose the firm's request.

Respectfully submitted,

Denis M. Field