USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/12

1955 Empress Court

Naples, Florida 34110

August 13, 2012



Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
Room 2210
New York, New York 10007

      Re:   *United States v. Daugerdas et al.*, No. S3 09 Cr. 581 (WHP)

Dear Judge Pauley:

      I write in response to the letter submitted to you from Robert S. Fink of Kostelanetz & Fink, dated August 9, 2012. I am saddened by many aspects of the letter, including that I was not advised in advance that it would be submitted to the Court, nor of the firm's apparent intention to seek to recover for the fees I owe the firm through the means and methods suggested in the letter.

      I am obviously concerned that one of the named partners in the firm has written such a letter, in what appears to be another attempt to withdraw from the case after the Court signaled its intention, earlier this month to appoint Sharon L. McCarthy of the firm as CJA counsel for purposes of the retrial, assuming I qualify for CJA counsel. I think it is an unfortunate effort to create a conflict between my lawyers and me, and to undermine the efforts of the Court to ensure a proper balance between the need for me to be adequately represented at trial and to mitigate financial damage to the law firm.

      I have a high degree of respect for Ms. McCarthy and am confident in her ability and willingness to represent me aggressively and professionally.

      If the Court requires any further information from me on this issue, I would be happy to provide it.

      Respectfully submitted,

      Denis M. Field