USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
        -against-                   :         09 Cr. 581 (WHP)
                                    :
DENIS FIELD,                        :
                                    :         ORDER
                        Defendant,  :
------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

    This Court received a series of letters from Denis Field ("Field") and his counsel concerning Kostelanetz & Fink, LLP's continued representation of Field in this action. The Clerk of the Court is directed to docket those letters dated June 21, August 9, 13, and 16, 2012 and the Government's letter dated August 15, 2012.

    Pursuant to the Criminal Justice Act, Sharon L. McCarthy, Esq. of Kostelanetz & Fink, LLP, is appointed to represent Field in this action. This Court will conduct a <u>Curcio</u> hearing at a later date.

Dated: October 2, 2012
   New York, New York

             SO ORDERED:

             _____
               WILLIAM H. PAULEY III,
                 U.S.D.J.

*All Counsel of Record:*