IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: S5 09 Cr. 581 (WHP) |
| v. ) | |
| ) | |
| DENIS M. FIELD, et. ano., ) | |
| ) | |
| Defendants. ) | |
| ) | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/13
```

**ORDER**

Upon consideration of Defendant Denis M. Field's *Ex Parte* Motion for an Order Permitting the Issuance of Rule 17(c) subpoenas, which has been filed under seal, it is hereby ORDERED that Defendant's motion is GRANTED in part, and Defendant is permitted to issue the subpoenas *duces tecum*, copies of which are attached hereto, returnable in thirty (30) days from the date of service, to:

*BDO Seidman, LLP*
c/o Diana Erbsen, Esq.
DLA Piper
1251 Avenue of the Americas
New York, New York 10020

*Morgan Lewis and Bockius*
c/o Custodian of Records
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541

*White & Case*
c/o Custodian of Records
1155 Avenue of the Americas
New York, New York
10036-2787

SO ORDERED this __17__ day of May, 2013.

_____
William H. Pauley III
United States District Judge

cc:   Sharon L. McCarthy Esq.
      Cesar de Castro, Esq.