AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

V.

DENIS FIELD

## JUDGMENT OF ACQUITTAL

CASE NUMBER: S6 09 Cr. 581 (WHP)

 

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/13
```

_[Signature]_
Signature of Judge

William H. Pauley III     U.S.D.J.
Name of Judge     Title of Judge

11/5/2013
Date